UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOSH LAMAR HAYNES,　　　　　　　　　　　　Civil No. 12-1675 (SRN/JSM)

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　ORDER

RAMSEY COUNTY ADULT
DETENTION CENTER,

    Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 8, 2012. Petitioner currently has a pending Application for a writ of habeas corpus, which is addressed within Magistrate Judge Mayeron's Report and Recommendation. Objections to the Report and Recommendation were due on August 22, 2012.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**; and

3. A Certificate of Appealability shall not be granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 28, 2012

                                s/Susan Richard Nelson
                                SUSAN RICHARD NELSON
                                United States District Judge